# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LOPEZ<br><br>    Plaintiff,<br><br>v.<br><br>NEW JERSEY SUN TECH LLC, SUNLIGHT FINANCIAL LLC, and CORNING CREDIT UNION<br><br>    Defendants. | Case No. 3:24-cv-01354-RDM<br><br>(THE HONORABLE ROBERT D. MARIANI) |

## DEFENDANT SUNLIGHT FINANCIAL LLC'S
## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant Sunlight Financial LLC ("Sunlight"), through its undersigned counsel, moves to dismiss Plaintiff Jose Lopez's ("Plaintiff") Second Amended Complaint for its failure to state any claims under Federal Rule of Civil procedure 12(b)(6) against Sunlight. In support of this Motion to Dismiss (the "Motion"), Sunlight submits the accompanying brief.

Dated: October 4, 2024

Respectfully submitted,

By: */s/ Emma R. Leonelli*
Emma R. Leonelli
Pa. I.D. No. 322705
McGuireWoods LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222

T: (412) 667-7912
F: (412) 402-4196
eleonelli@mcguirewoods.com

*Counsel for Sunlight Financial LLC*

## **CERTIFICATE OF CONCURRENCE AND NON-CONCURRENCE**

I hereby certify that counsel for Sunlight conferred with each counsel for Plaintiff, Defendant New Jersey Sun Tech LLC, and Defendant Corning Credit Union about this Motion on October 3, 2024. Plaintiff does not concur with this Motion, but Defendants New Jersey Sun Tech LLC and Corning Credit Union do concur with the Motion.

*/s/ Emma R. Leonelli*

*Attorney for Defendant Sunlight Financial LLC*

## CERTIFICATE OF SERVICE

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 4, 2024.

Date:  October 4, 2024                                             */s/ Emma R. Leonelli*

*Attorney for Defendant Sunlight Financial LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LOPEZ<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW JERSEY SUN TECH LLC,<br>SUNLIGHT FINANCIAL LLC, and<br>CORNING CREDIT UNION<br><br>　　　　Defendants. | Case No. 3:24-cv-01354-RDM<br><br>(THE HONORABLE ROBERT<br>D. MARIANI) |

## [PROPOSED] ORDER

Upon consideration of Defendant Sunlight Financial LLC's Motion to Dismiss Second Amended Complaint and Brief in Support thereof filed on October 4, 2024, and the response(s) thereto, this Court finds the Motion **GRANTED** on every claim against Sunlight and dismisses Sunlight from this action.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

Date: _____　　　　　　　_____

　　　　　　　　　　　　　　　　　　　The Honorable Robert D. Mariani