IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LOPEZ | : |
| | : |
| Plaintiff, | : 3:24-cv-01354 |
| | : (JUDGE MARIANI) |
| v. | : |
| | : |
| NEW JERSEY SUN TECH, LLC, | : |
| SUNLIGHT FINANCIAL LLC, and | : |
| CORNING CREDIT UNION | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS 21st DAY OF JANUARY 2025, upon consideration of Defendant Sunlight's Motion to Dismiss, (Doc. 16), and the parties' submissions, it is **HEREBY ORDERED THAT:** Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **DENIED**. Specifically:

1. Defendant's Motion to Dismiss Plaintiff's UTPCPL claim alleged in Count II is **DENIED**.

2. Defendant's Motion to Dismiss Plaintiff's fraud claim alleged in Count IV is **DENIED**.

3. Defendant's Motion to Dismiss Plaintiff's negligence claim alleged in Count V is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge