IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE LOPEZ                                  :
                                            :
                                            :
                                            :
            Plaintiff,                      :     3:24-cv-01354
                                            :     (JUDGE MARIANI)
    v.                                       :
                                            :
NEW JERSEY SUN TECH, LLC,                   :
SUNLIGHT FINANCIAL LLC, and                 :
CORNING CREDIT UNION                        :
                                            :
            Defendants.                     :

## ORDER

AND NOW, THIS _16th_ DAY OF JANUARY 2026, IT IS HEREBY ORDERED

THAT:

1. Counsel for all parties are **DIRECTED** to mail courtesy copies of all documents filed

   in support or in opposition to the three pending motions for summary judgment, as

   set forth in the Court's Scheduling Order.[1]  (Doc. 35, at ¶ 4).

2. The courtesy copies **shall not contain any redactions**, *e.g.* (Doc. 76-1), and shall

   be submitted to the Court **no later than Friday January 23, 2026**.

                                    Robert D. Mariani
                                    United States District Judge

---

[1]     The Court has only received courtesy copies of the papers in support of Defendant Sunlight's motion for summary judgment and copies of the papers in support of Plaintiff's partial motion for summary judgment.